TYPE OF HEARING Ph-ch
CASE NO# 11-924mj
MAGISTRATE JUDGE: Anderson
DATE: 11-30-11
TIME: _____
Tape: FTR RECORDER
DEPUTY CLERK: N. BLACKMON

**EASTERN DISTRICT OF VIRGINIA**

**UNITED STATES OF AMERICA**

vs.

Herberth Gonzalez-Sanchez

GOVT. ATTY _____ Lewis _____

DEFT'S ATTY. _____ G. Mitchell    Interp: Herrera _____

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES ( )
COURT TO APPOINT COUNSEL ( )

Ph-waived

Deft is remanded to the Custody

PROBABLE CAUSE: FOUND ( ) / NOT FOUND ( )
BOND of the denies w/o bond, pending further
action in this case

NEXT COURT APPEARANCE _____ TIME _____
RECORDER                    RECORDER
INDEX#      SPEAKER         INDEX#      SPEAKER

5